IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANNE JOHNSON,<br><br>            Plaintiff,<br><br>      v.<br><br>ELI LILLY AND COMPANY,<br><br>            Defendant. | NO. C06-1194 TEH<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE |

The Court is in receipt of a letter, dated May 17, 2006, from the Judicial Panel on Multidistrict Litigation ("JPML"), stating that no opposition to the JPML's conditional transfer order was received during the allowable 15-day period in this case and that, therefore, the case will soon be transferred to the Eastern District of New York as part of MDL-1596, *In re Zyprexa Products Liability Litigation*. Accordingly, with good cause appearing, the June 19, 2006 case management conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated:   06/06/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT